CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 16 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES A. STOKES,<br>    Plaintiff, | Civil Action No. 7:12-cv-00160 |
| v. | **FINAL ORDER** |
| DR. JAMES O'KEEFE,<br>    Defendant. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that Stokes' motion to proceed *in forma pauperis* (Docket No. 4) is **GRANTED**, this action is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER:** This 16th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE